IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL A. GRIFFIN,

    Petitioner,

v.                                                                        CASE NO. 5:09-cv-307-RS-CJK

KENNETH S. TUCKER,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**.

3. The certificate of appealability is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on June 11, 2012.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**